IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

THERESA CALCAGNO TRUST,                 )
                                        )
            Plaintiff,                  )    TC-MD 140155N
                                        )
    v.                                  )
                                        )
MULTNOMAH COUNTY ASSESSOR               )
                                        )
                                        )
            Defendant.                  )    **FINAL DECISION OF DISMISSAL**

The court entered its Decision of Dismissal in the above-entitled matter on July 14, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision of Dismissal was entered. The court's Final Decision of Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on its own motion after receiving a written request from Plaintiff's representative on July 1, 2014, stating: "I have decided to not go forward with this case. Please dismiss." Plaintiff's representative did not provide evidence that she had sent a copy of her request to Defendant. On July 1, 2014, court staff left a message for Plaintiff's representative informing her that she must provide the court with evidence that she had given Defendant a copy of her request to dismiss the case. To date, Plaintiff's representative has not submitted proof of service upon the Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant did not assert any counterclaims in its Answer filed May 13, 2014. Under these circumstances, the court finds that the case should be dismissed. Now, therefore,

IT IS ADJUDGED that this matter is dismissed.

Dated this ____ day of July 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision of Dismissal was signed by Magistrate Allison R. Boomer on July 31, 2014. The Court filed and entered this Final Decision of Dismissal on July 31, 2014.*